UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLEN EMBRY, individually and on behalf of all other similarly situated Missouri citizens,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>VENTURA FOODS, LLC,  )<br><br>Defendant.  ) | Case No. 4:19-cv-02773-SNLJ |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ellen Embry and Defendant Ventura Foods, LLC, by and through their undersigned counsel hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as to the claims of Plaintiff and without prejudice as to the claims of putative class members;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 8, 2020

Respectfully submitted,

By: /s/ Matthew H. Armstrong
Matthew H. Armstrong (MoBar 42803)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd. No. 109
St. Louis MO 63144

SO ORDERED this 8th day of July, 2020

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1

Tel:  314-258-0212
Email: matt@mattarmstronglaw.com

Attorneys for Plaintiff

By:   /s/ Kathleen A. Hardee (w/consent)
Kathleen A. Hardee (MoBar 36071)
POLSINELLI PC
900 W. 48th Pl., Ste. 900
Kansas City MO 66112
Tel:   816-753-1000
Email: khardee@polsinelli.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

By:   /s/ Matthew H. Armstrong